IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ADAM POTTER, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 22-cv-01622-CFC |
| | : | |
| v. | : | |
| | : | |
| BEACON INTERCONTINENTAL GROUP, INC., | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Plaintiff Adam Potter hereby withdraws the Request For Entry Of Default Against Defendant Beacon Intercontinental Group, Inc. (D.I. 8).

Dated: February 9, 2023
Wilmington, Delaware

FOX ROTHSCHILD LLP

/s/ Seth A. Niederman
Seth A. Niederman (DE No. 4588)
919 N. Market Street, Suite 300
Wilmington, DE  19801-3062
Telephone: (302) 654-7444/Fax: (302) 656-8920
sniederman@foxrothschild.com

*Counsel to Plaintiff Adam Potter*

142623152.1

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the attached pleading was served this 9th day of February, 2023 upon the following individual via CM/ECF:

> Daniel K. Astin
> CIARDI CIARDI & ASTIN
> 1204 N. King Street
> Wilmington, Delaware 19801

                                              /s/ Seth A. Niederman
                                              Seth A. Niederman, Esquire (No. 4588)

Confidential - Property of Fox Rothschild LLP

142623152.1